# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruben Bracamontes-Reyes,<br><br>Petitioner,<br><br>v.<br><br>Jeff B Sessions, III, et al.,<br><br>Respondents. | No. CV-18-01301-PHX-DLR<br><br>**ORDER** |

Before the Court are Petitioner Ruben Bracamontes-Reyes' Petition for Writ of Habeas Corpus (Doc. 1), Motion for Preliminary Injunction/Temporary Restraining Order (Doc. 2), and Motion to Expedite Ruling on Motion Petition for Habeas Corpus (Doc. 15), along with United States Magistrate Judge John Z. Boyle's Report and Recommendation ("R&R") (Doc. 21). The R&R recommends that the Court deny and dismiss with prejudice the petition and deny as moot the remaining motions. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Neither party filed objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must

determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that Magistrate Judge Boyle's R&R (Doc. 21) is **ACCEPTED**. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**. The Motion for Preliminary Injunction/Temporary Restraining Order and Motion to Expedite Ruling on Petition for Habeas Corpus (Docs. 2, 15) are **DENIED** as moot. The Clerk shall terminate this case.

Dated this 30th day of July, 2018.

Douglas L. Rayes
United States District Judge